IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re QUINTUS SECURITIES LITIGATION | No   C-00-4263 VRW |
| | ORDER |
| This Document Relates To: | |
| ALL ACTIONS | |

        The court is in receipt of lead counsel's letter of May 17, 2006.  The clerk is DIRECTED to place counsel's letter in the file.

        Good cause appearing, the hearing noticed for May 25, 2006, on the parties' motion for preliminary approval of the class settlement is CONTINUED until such later date and time that the parties may mutually arrange with the court's deputy clerk, Ms Cora Delfin, 415-522-2039.

        In the meantime, the court requests further briefing describing the makeup of the putative class.  Specifically, briefing should describe (1) the number and percentage of class members who sold their shares of Quintus stock before the end of

the class period and (2) within that subset of class members, the number and percentage of class members who either (a) purchased their shares when Quintus common stock was initially offered to the public or (b) would otherwise have a claim under the Securities Act of 1933. Briefing should also address whether any of the alleged fraud was partially disclosed to the market prior to the end of the class period. Finally, briefing should assess whether and to what extent the global settlement would be affected if the court were to exclude "in-and-out" shareholders from the definition of the settlement class.

Briefing shall not exceed fifteen pages and shall be filed on or before June 5, 2006.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge