Jordan L. Lurie (130013)
Leigh A. Parker (170565)
WEISS & LURIE
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024
Tel: (310) 208-2800
Fax: (310) 209-2348
jlurie@weisslurie.com
lparker@weisslurie.com

Lead Counsel for the Settlement Class

FILED

DEC - 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re QUINTUS SECURITIES LITIGATION | Master File No.: C-00-4263 VRW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | |
| All Actions | [PROPOSED] ORDER FOR REIMBURSEMENT OF ATTORNEYS' FEES AND EXPENSES |

1   This matter having come before the Court on December 5, 2006, on the application of
2   Lead Counsel for the plaintiffs for an award of attorneys' fees and reimbursement of expenses
3   incurred in the Litigation, and the Court, having considered all papers filed and proceedings
4   conducted herein, having found the Settlement of this action to be fair, reasonable and adequate
5   and otherwise being fully informed in the premises and good cause appearing therefor,
6       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
7       1.   All of the capitalized terms used herein shall have the same meaning as set forth
8   in the Stipulation of Settlement filed on or about October 28, 2005 (the "Stipulation"), unless
9   otherwise defined.
10      2.   This Court has jurisdiction over the subject matter of this application and all
11  matters relating thereto, including all Members of the Settlement Class who have not timely and
12  validly requested exclusion.
13      3.   The Court hereby awards plaintiffs' Lead Counsel attorneys' fees in the amount of
14  $817,500 and reimbursement of litigation expenses in the amount of $150,000 pursuant to the
15  bid matrix approved by this Court in *In re Quintus Sec. Litig.*, 148 F. Supp. 2d 967 (N.D. Cal.
16  2001) and preliminarily approved in this Court's July 7, 2006 Order granting preliminary
17  settlement approval, plus reimbursement for fees and expenses incurred for Bankruptcy Counsel
18  retained by Lead Counsel to represent and protect the interests of the Settlement Class, in the
19  amount of $162,478.40, all amounts together with interest earned thereon for the same time
20  period and at the same rate as that earned on the Settlement Fund until paid.
21      4.   An award of $817,500 in attorneys' fees is appropriate in this case in light of this
22  Court's Order in *In re Quintus Secs. Litig.*, 148 F. Supp. 2d 967, the complex issues presented by
23  this Litigation; the heightened pleading requirements imposed by the Private Securities Litigation
24  Reform Act of 1995, as interpreted by the United States Court of Appeals for the Ninth Circuit in
25  *In re Silicon Graphics Sec. Litig.*, 183 F.3d 970 (9th Cir.), *reh'g. en banc denied*, 195 F.3d 521
26  (1999); the fact that Lead Counsel took this case on an entirely contingent basis; the benefit
27  conferred on the Settlement Class as a result of counsel's efforts; the risks undertaken; the quality
28  of the services performed; the duration and extent of the Litigation; the extensive investigation

1  undertaken; the lengthy settlement negotiations conducted by Lead Counsel; the risk that the
2  Defendants may not be able to pay a judgment at some future date; and the fact that there were no
3  objections to the Settlement or to plaintiffs' request for attorney's fees and expenses, including
4  reimbursement for Bankruptcy Counsel's fees.

5      5.    The fees and expenses shall be allocated among plaintiffs' counsel by Weiss &
6  Lurie, Lead Counsel, in a manner which, in Lead Counsel's good-faith judgment, reflects each
7  such plaintiffs' counsel's contribution to the institution, prosecution and resolution of the
8  Litigation.

9      6.    The awarded attorneys' fees and expenses and interest earned thereon, shall be
10 paid to Lead Counsel within three (3) days after the date this Order is signed subject to the terms,
11 conditions and obligations of the Stipulation which terms, conditions and obligations are
12 incorporated herein.

13     7.    Lead Plaintiff Roman Reznik, in reimbursement for his time and effort in aiding
14 the prosecution of this case, shall also be awarded, out of the Settlement Fund, $12,000.

16 IT IS SO ORDERED.

18 DATED: _____           _____
                                    HONORABLE VAUGHN R. WALKER
19                                  UNITED STATES DISTRICT COURT JUDGE

22 Respectfully Submitted by:

23 Jordan L. Lurie
   Leigh A. Parker
24 WEISS & LURIE
   10940 Wilshire Boulevard, Suite 2300
25 Los Angeles, CA 90024
   Tel: (310) 208-2800
26 Fax: (310) 209-2348

27 *Lead Counsel for the Settlement Class*

```
 1  Kurt F. Gwynne
    REED SMITH LLP
 2  1201 Market Street, Suite 1500
    Wilmington, DE 19801
 3  Tel: (302) 778-7500
    Fax: (302) 778-7575
 4
    Chapter 11 Trustee for the Quintus Estate
 5
    Boris Feldman
 6  Douglas J. Clark
    Peri B. Nielsen
 7  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 8  650 Page Mill Road
    Palo Alto, CA 94304-1050
 9  Tel: (650) 493-9300
    Fax: (650) 565-5100
10
    Counsel for Defendants Paul H. Bartlett, Andrew Busey, Frederic W. Harman, William Herman,
11  Alexander Rosen, Robert W. Shaw, Jeanne Wohlers, Oak Investment Partners VI, LP and Oak VI
    Affiliates Fund, LP
12
    Sara B. Brody
13  HELLER EHRMAN LLP
    333 Bush Street
14  San Francisco, CA 94104-2878
    Tel: (415) 772-6000
15  Fax: (415) 772-6268

16  Counsel for Defendant Susan Salvesen

17  Michael Tubach
    O'MELVENY & MYERS, LLP
18  Embarcadero Center West
    275 Battery Street, Suite 2600
19  San Francisco, CA 94111-3304
    Tel: (415) 984-8700
20  Fax: (415) 984-8701

21  Counsel for Defendant Alan Anderson

22
23
24
25
26
27
28
```

[PROPOSED] ORDER FOR REIMBURSEMENT OF ATTORNEYS' FEES AND EXPENSES

*In re Quintus Corp. Sec. Litig.*, Case No. 00-4263 VRW

3